IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WALTER CORNELIUS LEWIS,**     **PLAINTIFF**
**# 409044**

v.     **CAUSE NO. 1:17CV274-LG-RHW**

**HARRISON COUNTY JAIL**     **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** for failure to obey Court Orders and to prosecute.

**SO ORDERED AND ADJUDGED** this the 10th day of January, 2018.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE